IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01897-LTB-CBS

WILLIS J. BRINKLEY, and
PHIL HAFFNER,

      Plaintiffs,

v.

TRANS-WEST, INC.,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER IS before the court upon Defendant's Unopposed Motion to Vacate Settlement Conference (*doc # 15*) filed April 12, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED, and the Settlement Conference scheduled for April 20, 2011 is VACATED.  The parties should contact the court if and when they feel a settlement conference would be productive.

      *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**      April 12, 2011