**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   10-cv-01897-LTB-CBS

WILLIS J. BRINKLEY, and
PHIL HAFFNER,

        Plaintiffs,

v.

TRANS-WEST, INC.,

        Defendant.

---

**ORDER OF DISMISSAL**

---

      THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 23 - filed December 13, 2011), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:


                                          __s/Lewis T. Babcock_____
                                          Lewis T. Babcock, Judge

DATED:   December 14, 2011